# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141101(39)

CHARLES WILLIAMS,
           Plaintiff-Appellee,

v

CITY OF DETROIT,
           Defendant-Appellant.

_____/

SC: 141101
COA: 290255
Wayne CC: 08-014804-NO

On order of the Court, the motion for reconsideration of this Court's October 8, 2010 order is considered, and it is GRANTED. We VACATE our order dated October 8, 2010. On reconsideration, the application for leave to appeal the February 25, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application or reconsideration motion papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2011

_____
Clerk

d0329